O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALVIN C. BECERRA, | ) | Case No. CV 10-09425 DDP (DTBx) |
| Plaintiff, | ) ) ) | **ORDER GRANTING DEFENTANTS' MOTION TO DISMISS** |
| v. | ) ) | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY, | ) ) ) ) | [Motion filed on 1/25/11] |
| Defendants. | ) ) ) | |
| _____ | ) | |

    Presently before the court is the Motion to Dismiss Plaintiff's Complaint filed by Defendants Countrywide Home Loans Inc., Mortgage Electronic Registration Systems Inc., and Recontrust Company.  Because Plaintiff has not filed an opposition, the court GRANTS the motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9.  Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file

1  it within the deadline, may be deemed consent to the granting or
2  denial of the motion." C.D. CAL. L.R. 7-12.
3      The hearing on Defendants' motion was set for March 7, 2011.
4  Plaintiff's opposition was therefore due by February 21, 2011.  As
5  of the date of this Order, Plaintiff has not filed an opposition,
6  or any other filing that could be construed as a request for a
7  continuance.  Accordingly, the court deems Plaintiff's failure to
8  oppose as consent to granting the motion to dismiss, and GRANTS the
9  motion.
10 IT IS SO ORDERED.

13 Dated: August 22, 2011

                                    DEAN D. PREGERSON
                                    United States District Judge